IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE MEDINA, Individually and on behalf of all Others Similarly Situated, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. SA-16-CV-472-FB |
| RDB CONTRACTING, INC., RLB CONSTRUCTION, INC., L & L CONSTRUCTION, INC., SETUPS ETC., INC., AND JERRY BURKE, RICKY D. BURKE, JEFFERY LEDBETTER, and LONNIE GUNN, Individually, | § § § § § § § § | |
| Defendants. | § | |

## **AMENDED SCHEDULING ORDER**

Before the Court in the above-styled and numbered cause of action is the parties' Joint Motion to Extend Deadlines [#70]. By their motion, the parties seek an extension of the remaining discovery and dispositive motions deadlines in this case until February 21, 2018 and March 16, 2018, respectively. Having considered the motion and the record in this matter, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Extend Deadlines [#70] is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall complete all discovery on or before February 21, 2018.

1

**IT IS FINALLY ORDERED** that all dispositive motions as defined in Local Rule CV-7(c) shall be filed no later than March 16, 2018.

**IT IS SO ORDERED**.

SIGNED this 19th day of December, 2017.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE